

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00372-CV

## EX PARTE MILTON LEE GARDNER

From the 77th District Court
Limestone County, Texas
Trial Court No. J-291-A-1

## O R D E R

Appellant's motion to abate this appeal, filed on December 4, 2015, is denied.  *See*

*Ex parte Valle*, 104 S.W.3d 888 (Tex. Crim. App. 2003).


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed December 17, 2015

